1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3680
7    Facsimile: (510) 637-3724
     E-Mail: Keslie Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )    No. 4-08-70296 WDB
14                                      )
           Plaintiff,                   )    STIPULATION AND [PROPOSED]
15                                      )    ORDER EXTENDING PRELIMINARY
        v.                              )    HEARING DATE FOR DEFENDANT
16                                      )    OSCAR RAMOS VAZQUEZ TO JUNE 19,
   AXEL JIMENEZ RODRIGUEZ,              )    2008 at 10:00 a.m.
17                                      )
           Defendant.                   )
18  _____ )

19
          With the agreement of the parties, and with the consent of the defendant, the Court enters

20  this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

21  preliminary hearing date for Defendant Axel Jimenez Rodriguez to June 19, 2008 at 10:00 a.m.

22  before the Honorable Wayne D. Brazil.  Counsel for the defendant believes that postponing the

23  preliminary hearing is in his client's best interest and that it is not in his client's best interest for

24  the United States to present an indictment before the June 13, 2008 preliminary hearing date.

25  / / /

26  / / /

27  / / /

28

    4-08-70296 WDB

1    The Court finds that, taking into the account the public interest in the prompt disposition

2  of criminal cases, these grounds are good cause for extending the time limits for a preliminary

3  hearing under Federal Rule of Criminal Procedure 5.1.

4

5  STIPULATED:

6

7  DATED:  6/10/2008                    _____/s/_____

8                                       ANTHONY J. BRASS
                                        Attorney for Defendant

9

10 DATED:   6/9/2008                    _____/s/_____

11                                      KESLIE STEWART
                                        Assistant United States Attorney

12

13 IT IS SO ORDERED.

14

15 DATED:_____              _____

16                                      WAYNE D. BRAZIL
                                        United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

4-08-70296 WDB                          2